IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERRY HUMMELL,
*as personal representative of the*
*Estate of Lance Hummell*

    Plaintiff,

v.                                          CIV 11-765 GBW/WPL

HORACIO RIVERA, CITY OF
LAS CRUCES,

    Defendants.

## ORDER

This matter is before the Court on the objections posed in the trial deposition transcript of Dr. Uchida. Having reviewed the parties' objections, and being fully advised, the Court finds as follows:

1. Defendants' Objection at 46:24-47:1 is SUSTAINED. The witness's testimony at 46:23 and 47:10-24 is excluded.

2. Defendants' Objection at 58:18-19 is OVERRULED.

3. Defendants' Objection at 62:6-10 is OVERRULED.

4. Defendants' Objection at 66:19-22 is SUSTAINED. The witness's testimony at 67:3-9 is excluded.

5. Defendants' Objection at 68:21-23 is SUSTAINED. The witness's testimony at 68:25-69:16 is excluded.

6. Defendants' Objection at 69:24-25 is OVERRULED.

7. Defendants' Objection at 91:10-12 is OVERRULED.

8. Plaintiff's Objection at 93:19-23 is OVERRULED.

9. Plaintiff's Objection at 95:10-12 is OVERRULED.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**