IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERRY HUMMELL,
*as personal representative of the*
*Estate of Lance Hummell*,

    Plaintiff,

    v.                                         CIV 11-765 GBW/WPL

HORACIO RIVERA,
CITY OF LAS CRUCES,

    Defendants.

## FINAL JUDGMENT

This matter, having come before the Court on April 8-11, 2013 for a bench trial, and the Court having entered its Findings of Fact and Conclusions of Law on May 2, 2013 (*doc. 112*), enters judgment in favor of Defendants and against Plaintiff. The Court finds that Defendants are the prevailing parties. This Final Judgment adjudicates all claims and liabilities of the parties.

Defendants are permitted to submit their applications for costs pursuant to the Court's local rules and the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**